

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00216-CR

| | | |
|---|---|---|
| Patrick Jerome Moore, Jr. | § | From the 371st District Court |
| | § | of Tarrant County (1464926D) |
| v. | § | December 28, 2017 |
| | § | Opinion by Justice Birdwell |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By  _/s/ Wade Birdwell_____ _____
    Justice Wade Birdwell